IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE ALEXANDER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **PROGRESSIVE ADVANCED** | : | |
| **INSURANCE CO. and JACOB SECORE,** | : | |
| *Defendants.* | : | **NO. 24-cv-00704** |

# ORDER

**AND NOW,** this **24th day of June 2024**, upon consideration of Defendant Progressive Advanced Insurance Company's ("Progressive") Motion to Dismiss (ECF No. 14), Plaintiff Lee Alexander's Response in Opposition (ECF No. 21), and Defendant Progressive's Reply (ECF No. 24), it is hereby **ORDERED** that the Motion (ECF No. 14) is **GRANTED IN FULL**. The Clerk of Court is directed to terminate Defendant Progressive from the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**