IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE ALEXANDER,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **JACOB SECORE,** | : | |
| *Defendant* | : | NO. 24-cv-00704 |

**O R D E R**

**AND NOW,** this **23rd day of December 2024**, upon review of the docket and consideration of Defendant's Motion for Judgment on the Pleadings and Strike Plaintiff's Class Allegations (ECF No. 36), Plaintiff's Response (ECF No. 41), Defendant's Reply (ECF No. 42), and Oral Argument held on November 25, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Judgment on the Pleadings is **GRANTED**. An order shall issue referring the case to judicial arbitration.

BY THE COURT:

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**